UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cr-00034-MOC-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Vs. | ) | ORDER |
| **RANDALL LEROY FRADY** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the court's own Motion to Continue. At calendar call, defendant failed to appear and it appears that defendant is now a fugitive, preventing this court from trying the case during the June 2017 term.

## ORDER

**IT IS, THEREFORE, ORDERED** that the court's Motion to Continue is **GRANTED** as it appears that defendant has absconded from the conditions of supervision as provided by Judge Howell's Bond and has failed to appear for trial during the June 2017 term of this court. This matter is **CONTINUED** until the next term after defendant is apprehended and the time is excluded under the Speedy Trial Act in accordance with 18 U.S.C. § 3161(h)(3)(A) & (B). The Clerk of Court is instructed to move this defendant to the court's fugitive docket.

Signed: June 5, 2017



Max O. Cogburn Jr
United States District Judge