**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:17 cr 34-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | |
| | ) | **ORDER** |
| **RANDALL LEROY FRADY,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Seal Factual Basis and Amended Factual Basis (#43). It appears that good cause has been shown for the granting of the motion and the motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Seal Factual Basis and Amended Factual Basis (#43) is **ALLOWED** and the Factual Basis (#20) and the Amended Factual Basis (#42) filed in this matter are Ordered to be sealed.

Signed: July 20, 2017

Dennis L. Howell
United States Magistrate Judge

1